PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. James Theodore Cork, III**

**Docket No. 0:02CR00264-001-DWF**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **James Theodore Cork III** who was sentenced for Mail Fraud on January 24, 2003, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial Disclosure
- No New Debt/Credit
- Employment Requirement/Restrictions
- Restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On August 4, 2005, Mr. Cork was sentenced in Ramsey County District Court to 17 months custody for Felony Possession of Stolen Property. The sentence was suspended. He received 5 years probation with 60 days custody. Mr. Cork was found to be in possession of a stolen bicycle.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 22 day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on August 18, 2005
Place St. Paul

SCANNED
AUG 24 2005
U.S. DISTRICT COURT ST. PAUL

recd 8/22