AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 AUG 24 P 3:35

UNITED STATES OF AMERICA

v.

James Theodore Cork, III

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 02-264 (1) DWF

RECEIVED
SEP 02 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 628A (Sixth Floor)**
**316 North Robert Street**
**St. Paul, Minnesota 55101**

Before: **Honorable Arthur J. Boylan**

On: **Wednesday, September 7, 2005, at 1:30 p.m.**

To answer a(n) Petition and Order on Supervised Release.

Brief description of offense:

Supervised Release Violation

Leah E. Gilgenbach, Deputy Clerk

Dated: August 24, 2005

SCANNED
SEP 02 2005 CB
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Patrice Dettie Date: 8/30/05

Check one of the boxes below to indicate appropriate method of service

☑ Service personally upon the defendant at: Ramsey Co. Workhouse.

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/30/05
Date

Allen Garber
Name of United States Marshal

Patrice Dettie
(by) Deputy United States Marshal

Remarks: 8/30/05 1hr 38 miles (RT)

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure