**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-264(1) DWF |
| | ) | Date: 9/7/05 |
| James Theodore Cork, III, | ) | Court Reporter: None |
| | ) | Tape Number: 2005-25 |
| Defendant. | ) | Time Commenced: 1:55 p.m. |
| | | Time Concluded: 2:00 p.m. |
| | | Time in Court: 5 minutes |

APPEARANCES:

**Plaintiff:** John Marti
Assistant U.S. Attorney

**Defendant:** Andrea George
9 FPD 9 CJA 9 Retained / To be appointed

Date Charges Filed: 8/22/05 Offense: Violation of Supervised Release

/ Charges read into record 9 Waived Reading of Charges / Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release / Supervised Release

9 Government moves for detention.
Motion is: 9 granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

/ **Defendant is released under the provisions of the Court's original Order Setting Conditions of Release.**

/ Defendant waived the preliminary revocation hearing. The parties will be notified by Judge Frank's chambers as to the date of the final revocation hearing.

Additional Information:

s/Kathy Thobe
Signature of Judicial Assistant