# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

JAMES THEODORE CORK III,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-264 DWF

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that ANDREA K. GEORGE shall appear as appointed counsel of record for the above named defendant in this case.

Dated: September 8, 2005

*s/Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415