**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: DONOVAN W. FRANK |
| v. | ) | U.S. Judge |
| | ) | |
| JAMES T. CORK, | ) | Case No: 02-264(DWF) |
| Defendant. | ) | Date: October 6, 2005 |
| | ) | Court Reporter: JEANNE ANDERSON |
| | ) | Tape Number: |
| | ) | Time Commenced: 11:15 |
| | | Time Concluded: 11:45 |
| | | Time in Court: Hours & 30 Minutes |

## APPEARANCES:

Plaintiff: MICK CHEEVERS, Assistant U.S. Attorney
Defendant: ANDREA GEORGE 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: /

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
: Defendant released on same terms and conditions of supervised release. Additional Condition of Supervision: Home detention 60 days with possible monitoring not at defendant's expense.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
9 Written order to be issued.

s/Lowell Lindquist
Deputy Clerk