Continued on Supv Release 10/7/05

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

2005 OCT 13 P 12:47

UNITED STATES OF AMERICA
v.
**JAMES THEODORE CORK III**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release) RECEIVED
Case Number: **02-264(01)(DWF)**
USM Number: **10602-041**
Social Security Number: **8449**
Date of Birth: **1976**

**Andrea George**
Defendant's Attorney

RECEIVED
OCT 31 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Sentenced for possession of stolen property. | August 4, 2005 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**OCTOBER 6, 2005**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**, United States District Judge
Name & Title of Judge

**OCTOBER 7, 2005**
Date

A true printed copy in 2 sheet(s) of the electronic record filed on 10-11-05 in the United States District Court for the District of Minnesota.
CERTIFIED, 10.12, 2005.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
NOV - 1 2005
U.S. DISTRICT COURT MPLS

DEFENDANT: JAMES THEODORE CORK III
CASE NUMBER: 02-264(01)(DWF)

# SUPERVISED RELEASE

Defendant to continue on the same terms and conditions of supervised release with one additional condition:

1. The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. (The defendant is not ordered to pay the costs of the electronic monitoring)