UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-264(01) DWF

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES THEODORE CORK,<br><br>Defendant,<br><br>and<br><br>DOUBLE A LANES,<br><br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, James Theodore Cork, Social Security Number, XXX-XX-8449, with the last known address of XXXXXX, St. Paul, MN 55104.

The judgment was entered on January 24, 2003, for monetary impositions. The judgment was entered in the amount of $242,310.87, plus costs.

As of September 21, 2007, after applying payments, if any, the balance on this judgment debt was $235,515.28 in principal, plus costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due.

More than 30 days has elapsed since demand for payment was

last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Double A Lanes
845 45th Street
Hilltop, MN 55423

Dated: September 24, 2007

RACHEL K. PAULOSE
United States Attorney

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600