RECEIVED BY MAIL
DEC 04 2007
CLERK US DIST COURT MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-264(01) DWF

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES THEODORE CORK,<br>Defendant,<br>and<br>DOUBLE A LANES,<br>Garnishee. | ANSWER OF THE GARNISHEE<br>(EARNINGS) |

Double A Lanes, being duly sworn, deposes and says:

I. **TO BE COMPLETED BY ALL GARNISHEES:**

A: Identification of the Garnishee

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of
Double A Lanes INC 845 45th Ave. NE - Columbia Hgts 55421
(Provide full name and address of business)

**If Garnishee is a partnership:**

That he/she is a member of ________________________,
(Full name/address of partnership)

a partnership, of which Garnishee is a partner.

**If Garnishee is a corporation:**

That (he)/she is the CEO (Title) of Garnishee, (Full name/address of corporation) Double A Lanes INC 845 45th Ave NE COL. HGHTS 55421, a corporation, organized under the laws of the State of Minnesota.

SCANNED
DEC 04 2007
U.S. DISTRICT COURT MPLS

to set-off from the actual earnings available under this garnishment for the following pay period(s): ______________ ______________________ The amount the garnishee claims is available under this garnishment from each of the pay periods noted in the previous sentence is $ ______________, $__________________.

**II. COMPLETE THIS SECTION ONLY IF THE DEFENDANT IS NO LONGER EMPLOYED BY THE GARNISHEE.**

Last date the defendant worked as an employee of the garnishee MAY 30 2007.

Is the defendant eligible for rehire within 90 days of the date the Writ was served on the garnishee NO ________________.

**III. TO BE COMPLETED BY ALL GARNISHEES.**

The Garnishee mailed a copy of the Answer of Garnishee, by first-class mail, to:

Counsel for United States at:
United States Attorney's Office
Att: Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

The Defendant, at:

James Theodore Cork
XXXX
St. Paul, MN 55104

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Garnishee

SUBSCRIBED and SWORN to before me this

29 day of November, 2007.

NOTARY PUBLIC

AARON JAMES LEO
Notary Public
Minnesota
My Commission Expires January 31, 2010

State of MN
County of Hennepin