**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 02-264(1) (DWF)

Plaintiff,

v. **GARNISHMENT ORDER**

James Theodore Cork,

Defendant,

Double A Lanes,

Garnishee.

---

John R. Marti, Assistant United States Attorney, and Mary L. Trippler, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Andrea K. George, Assistant Federal Defender, Federal Defender's Office, counsel for Defendant.

---

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the Defendant. The garnishee indicates that the Defendant is no longer an employee. Therefore,

**IT IS HEREBY ORDERED** that the Writ of Garnishment served on November 27, 2007, is hereby **RELEASED**.

Dated: December 18, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court